**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**

**CRIMINAL NO.  2:09CR17**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **DAVID JEFFREY BLACKFOX** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's motion to seal his motion in limine regarding Federal Rule of Evidence 412(c) and the Government's motion to seal its response thereto.

For the reasons stated in the respective motions,

**IT IS, THEREFORE, ORDERED** that the motions to seal of the respective parties are **ALLOWED**, and the Defendant's motion in limine, filed July 28, 2009, and the Government's response thereto also filed July 28, 2009, are hereby sealed until further order of this Court.

Signed: July 29, 2009

Lacy H. Thornburg
United States District Judge