IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

**CRIMINAL CASE NO. 2:09cr17**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> DAVID JEFFREY BLACKFOX. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the bill of indictment in the captioned case. [Doc. 26].

The Court will allow the motion to dismiss without prejudice.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss the bill of indictment in the captioned case [Doc. 26] is hereby **GRANTED** and this action is hereby **DISMISSED** without prejudice.

Signed: September 11, 2009

Martin Reidinger
United States District Judge